PROB 35

**Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                                                Docket No. 1:00-CR-111

**Aaron Shockley**

On July 30, 2004, the above-named defendant commenced a supervised release term of five years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Julie M. Persinger
U.S. Probation Officer

FILED
HARRISBURG, PA

SEP 12 2005

MARY E. D'ANDREA, CLERK
Deputy Clerk

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _12th_ day of _September_, 2005

United States District Judge